IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY DARRYL KITCHEN, JR.,

    Petitioner,                   No. CIV S-07-0701 MCE DAD P

    vs.

TOM FELKER, Acting Warden,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 22, 2007, respondent filed a motion to dismiss the petition as untimely.  However, the motion was not noticed for hearing on the undersigned's regularly scheduled law and motion calendar as required by the court's April 24, 2007 order.  Moreover, a hearing on the motion would be beneficial to the court in resolving the matter.  Therefore, the motion to dismiss will be denied without prejudice so that it can be properly noticed for hearing.  If the motion is re-filed, the parties may incorporate the briefing

/////

/////

/////

/////

1

they have already submitted by reference while providing such further briefing as they believe appropriate.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's May 22, 2007 motion to dismiss the petition as untimely is denied without prejudice; and

2. Respondent may renew the motion by setting it for hearing on the court's regular law and motion calendar as set forth in the court's April 24, 2007 order.

DATED: November 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
kitc0701.denMtd

---

[1] The court notes that in petitioner's opposition to the motion to dismiss, counsel argues that petitioner is entitled to both statutory and equitable tolling. Respondent may choose to address these arguments in any renewed motion to dismiss. In addition, petitioner's counsel may elect to provide the court with facts, documentation and legal analysis supporting petitioner's claim of entitlement to tolling.