1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TERRY DARRYL KITCHEN, JR.,

11              Petitioner,                    No. CIV S-07-0701 MCE DAD P

12         vs.

13    TOM FELKER, Acting Warden

14              Respondent.              ORDER

15    _____/

16              On November 27, 2007, respondent renewed his motion to dismiss the petition as

17    untimely, and set the motion for hearing on January 4, 2008.  Petitioner's counsel filed his

18    opposition to the motion on December 3, 2007.  The court finds it necessary to reschedule the

19    hearing date.  In addition, in light of the issues raised in  petitioner's opposition, the court invites

20    respondent to file a reply.

21              Accordingly, IT IS HEREBY ORDERED that:

22              1.  The hearing on respondent's November 27, 2007 motion to dismiss, set for

23    January 4, 2008 at 10:00 a.m. before the undersigned, is vacated and reset for February 1, 2008 at

24    10:00 a.m.

25    /////

26    /////

1

1        2.  Respondent may file a reply, if any, to petitioner's opposition on or before

2  January 14, 2008.

3  DATED: December 10, 2007.

4

5                                _____

6                                DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

7  DAD:4
    kitc0701.l&m

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26