IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY DARRYL KITCHEN, JR.,

    Petitioner,                    No. CIV S-07-0701 MCE DAD P

    vs.

TOM FELKER, Acting Warden

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner, represented by counsel, proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Counsel for petitioner has filed a motion requesting an evidentiary hearing with respect to petitioner's mental condition and developmental status as it relates to his claim of entitlement to equitable tolling of the AEDPA statute of limitations.  Respondent has filed a letter indicating his non-opposition to the conducting of an evidentiary hearing.  The hearing on petitioner's motion is scheduled on the undersigned's law and motion calendar for July 18, 2008 at 10:00 a.m.

        In light of respondent's non-opposition and the factual issues relating to petitioner's claim of entitlement to equitable tolling, the court will grant the motion for an evidentiary hearing.  At this time the court will deny without prejudice, respondent's motion to dismiss, so that respondent may renew the already briefed motion to dismiss and supplement

1

those arguments with the evidence presented at the evidentiary hearing.  Lastly, the court will not vacate the July 18, 2008 hearing date but rather will conduct a status conference at that time.[1] The parties should be prepared to discuss the following: the amount of time needed to prepare for the evidentiary hearing, proposed dates for that hearing, the anticipated length of the hearing, the witnesses anticipated to be called at the hearing, a briefing schedule following the evidentiary hearing which should include dates for the filing of respondent's renew motion to dismiss which may merely incorporate by reference all arguments previously advanced and any other scheduling matters the parties anticipate.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Petitioner's May 19, 2008 motion for an evidentiary hearing is granted;

        2.  Respondent's November 27, 2007 motion to dismiss is denied without prejudice;

        3.  The hearing scheduled for July 18, 2008 at 10:00 a.m. before the undersigned shall remain on the calendar; however, the court will conduct a status hearing at that time; and

        4.  Five days prior to the hearing, the parties may file status reports addressing the issues noted above.

DATED: June 20, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
kit0701.meh

---

[1] Counsel may, of course, participate telephonically through the procedure with which they are familiar.