IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY DARRYL KITCHEN, JR.,

    Petitioner,                   No. CIV S-07-0701 MCE DAD P

    vs.

TOM FELKER, Acting Warden,

    Respondent.                ORDER

_____/

        This matter came before the court on July 18, 2008, for a status conference regarding the evidentiary hearing previously granted by the court. Charles Bonneau appeared on behalf of petitioner Terry Darryl Kitchen, Jr., and Judy Kaida appeared telephonically on behalf of respondent Felker.

        Upon consideration of the parties' status reports, and good cause appearing, IT IS HEREBY ORDERED that:

        1. An evidentiary hearing is set for October 20, 2008 at 9:00 a.m. in Courtroom 27 on the 8th floor, before the undersigned. The evidentiary hearing is anticipated to last not more than three days.

/////

/////

1

2. Twenty-one days prior to the hearing, the parties shall file and serve witness lists to opposing counsel. Seven days thereafter, if either party has objections to any witness, those objections and the general basis therefore shall be served and filed with the court.

3. Fourteen days before the hearing, the parties shall exchange their exhibits. Seven days thereafter, if either party has objections to any exhibit, those objections and the general basis therefore shall be served and filed with the court.

4. As soon as practical, counsel for respondent shall provide petitioner's counsel with copies of documents that were lodged with the court on January 11, 2008.

5. The court will issue the writ of habeas corpus ad testificandum securing petitioner's appearance at the evidentiary hearing commencing on October 20, 2008.

6. A post-hearing briefing schedule will be set by the court at the conclusion of the evidentiary hearing.

DATED: July 18, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
kitc0701.oeh