IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY DARRYL KITCHEN, JR.,           No. 2:07-cv-00701-MCE-DAD P

       Petitioner,

   vs.                                     <u>ORDER</u>

TOM FELKER,

       Respondent.
_____/

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 29, 2010 dismissal of his application for a writ of habeas corpus as untimely. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

///

///

1   Where, as here, the petition was dismissed on procedural grounds, a certificate of
2 appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it
3 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
4 reason would find it debatable whether the petition states a valid claim of the denial of a
5 constitutional right.'"  <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v.</u>
6 <u>McDaniel</u>, 529 U.S. 473, 484 (2000)), <u>rev'd in part on other grounds by</u> 273 F.3d 826 (9th Cir.
7 2001).
8   After careful review of the entire record herein, this court finds that petitioner has
9 satisfied both requirements for issuance of a certificate of appealability in this case.
10   Accordingly, IT IS HEREBY ORDERED that petitioner's March 29, 2010 motion for a
11 certificate of appealability (Doc. No. 54) is granted.

Dated:  June 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE